# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
The Minesen Company ) ASBCA Nos. 55996, 55997
)
Under Contract No. NAFBA3-93-C-0001 )

APPEARANCES FOR THE APPELLANT: Darrell G. Waas, Esq.
Patricia C. Campbell
Waas Campbell Rivera Johnson
& Velasquez LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
Scott N. Flesch, Esq.
Evan C. Williams, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 24 May 2017

*Michael T. Paul*

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 55996, 55997, Appeals of The Minesen Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals